Form B4_2

In re  J D SERVICES. INC.
Debtor

Case No. 00-29460 GEC
(If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| MCI WORLDCOM<br>ATTN: JENNIFER CARROLL<br>LAKEWOOD<br>TULSA OK 74117 | | TRADE DEBT | | $ 27,275,714.87 |
| BELLSOUTH LONG DISTANCE<br>28 PERIMETER CENTER EAST<br>TREASURY<br>ATLANTA GA 30346 | | TRADE DEBT | | $ 819,823.07 |
| MARCO UGALDE<br>HOMERO 1105<br>POLANCO<br>MEXICO CITY MEXICO | | TRADE DEBT | | $ 813,913.92 |
| STAR TELECOMMUNICATIONS<br>740 STATE STREET<br>SUITE 202<br>SANTA BARBARA CA 93101-3330 | | TRADE DEBT | | $ 813,509.77 |
| DESTIA COMMUNICATIONS INC<br>PO BOX 190433<br>BROOKLYN NY 11219 | | TRADE DEBT | | $ 731,200.80 |

Sheet 1 of 4



In re  J D SERVICES, INC.
       Debtor

Case No. _____
(If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| TPC<br>10513 E COLONIAL DRIVE<br>ORLANDO FL 32817 | | TRADE DEBT | | $ 705,250.00 |
| APCC SERVICES INC<br>10302 EATON PLACE<br>SUITE 340<br>FAIRFAX VA 22030 | | TRADE DEBT | | $ 599,307.36 |
| PICS TELECOM CORP<br>1920 LYELL AVE<br>ROCHESTER NY 14606 | | TRADE DEBT | | $ 484,833.02 |
| SOUTHWESTERN BELL<br>1010 N ST.<br>ROOM 904<br>SAN ANTONIO TX 78215 | | TRADE DEBT | | $ 455,298.00 |
| STS COMMUNICATION INC<br>516 HOUSTON STREET<br>SUITE 800<br>FORT WORTH TX 76102 | | TRADE DEBT | | $ 400,710.84 |

Sheet 2 of 4

In re __J D SERVICES, INC.___
　　　　　　Debtor

Case No. _____
　　　　　　(If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| US WEST<br>1801 CALIFORNIA<br>ROOM 560<br>DENVER CO 80202 | | TRADE DEBT | | $ 358,890.00 |
| MCI WORLDCOM<br>ATTN: JEENIFER CARROLL<br>LAKEWOOD<br>TULSA OK 74117 | | TRADE DEBT | | $ 337,381.14 |
| BELLSOUTH PUBLIC COMMUNICATION<br>75 BAGBY DRIVE<br>HOMEWOOD AL 35209 | | TRADE DEBT | | $ 333,653.00 |
| HELLO CARD CORP<br>ATTN GARY FEIN<br>3RD AVENUE<br>NY NY 10033 | | TRADE DEBT | | $ 299,000.00 |
| NORTEL NETWORKS INC<br>PO BOX 502765<br>ST LOUIS MO 63150-2765 | | TRADE DEBT | | $ 282,742.00 |

Sheet 3 of 4

Form B4_2

08:47:58 08/24/2000

In re **J D SERVICES, INC.**
Debtor

Case No. _____
(If known)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code. | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent unliquidated, disputed or subject to setoff. | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| AMERITECH PAYPHONE SERVICES 225 WEST RANDOLPH CHICAGO IL 61701 | | TRADE DEBT | | $ 257,182.00 |
| GTE 110 EAST MONROE CHICAGO IL 61701 | | TRADE DEBT | | $ 243,664.00 |
| BELL ATLANTIC 13100 COLUMBIA PIKE POD D37 SPRING MD 20904 | | TRADE DEBT | | $ 226,571.00 |
| PACIFIC BELL 1010 N STREET ROOM 1207 SAN ANTONIO TX 78215 | | TRADE DEBT | | $ 204,476.00 |
| NACT 191 WEST 5200 NORTH PROVO UT 84604 | | TRADE DEBT | | $ 176,128.00 |

Sheet 4 of 4

Form B4                      08:47:55 08/24/2000

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIV.

In re **J D SERVICES, INC.**,

Debtor

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| Name of creditor and complete mailing address including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted. | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff. | Amount of claim [if secured also state value of security] |

**SEE ATTACHED SHEET(s)**

Date: 8/24/00

Debtor     DEBRA W. RICKS, PRESIDENT

UNITED STATES BANKRUPTCY COURT

DISTRICT OF __UTAH__

In re __J D SERVICES, INC.__,

Debtor

Case No. _____

Chapter __11__

## VERIFICATION OF CREDITOR MATRIX

The above named debtor verifies that the attached matrix is
true and correct to best of the debtor's knowledge.

DATED: __8/24/00__

_____
Debtor
J D SERVICES, INC.

_____
Joint Debtor, if any