FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2001 JAN 19  P 4: 02

WILLIAM C. STILLGEBAUER
CLERK OF COURT

Kent W. Plott (USB No. 5336)
Scott Lundberg (USB No. 2020)
Lundberg & Associates
3269 South Main Street, Suite 100
Salt Lake City, UT  84115
(801) 263-3400

Attorneys for Dawn to Dusk and Poplar Grove, LLC
L&A Case No. 20950

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

---

| | |
|---|---|
| In re:<br><br>J.D. Services, Inc.,<br><br>            Debtor. | Bankruptcy No. 00C-29460<br><br>(a Chapter 7 case) |

---

APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES ARISING AFTER
COMMENCEMENT OF THE CASE PURSUANT TO 11 U.S.C. §503(b)

Pursuant to the provisions of 11 U.S.C. §503 (b), Dawn to Dusk, a trust organization, and Poplar Grove, L.L.C., a limited liability company, by and through counsel, hereby makes this application for the allowance and payment of administrative expenses and respectfully represents to the Court as follows:

1.    That on September 1, 2000, Poplar Grove, L.L.C., payor agent for Dawn to Dusk, caused to be sent, by bank wire, to First Utah Bank, Salt Lake City, Utah (account number 41000427), for the benefit of JD Services, Inc., the sum of $40,051.25.  Such monies were received in such account and acquired for the benefit of such JD Services, Inc.  Such monies were so wired to such account after such JD Services, Inc. advised the representative of Dawn to Dusk

and Poplar Grove, L.L.C. that an activation of telephone time for such Dawn to Dusk in the amount of $40,051.25 had occurred. A description of such activation is described in Exhibit A attached hereto.

2.    That on September 6, 2000, Poplar Grove, L.L.C.,, payor agent for Dawn to Dusk, caused to be wired to the account of JD Services, Inc. at First Security Bank, West Valley City, Utah, for the second time, the sum of $40,051.25. In connection with such wire, Poplar Grove, L.L.C. and Dawn to Dusk were falsely told by one or more representatives of JD Services, Inc. that the wire described in paragraph 1 hereinbefore had not been received.

3.    That a representative of Poplar Grove, L.L.C., after learning that the aforesaid described wire of September 1, 2000 had, in fact, been received by JD Services, Inc., was advised by a representative of such JD Services, Inc. that the wire of September 6, 2000 could not be returned because JD Services, Inc. was in bankruptcy. Accordingly, it was agreed that the monies wired would then be applied to any future activations completed by JD Services, Inc. for the benefit of Dawn to Dusk.

4.    That on September 7, 2000, JD Services, Inc. made an additional activation for the benefit of Dawn to Dusk as described on Exhibit B attached hereto.

5.    That by memorandum dated September 21, 2000 (Exhibit C), Dawn to Dusk and Poplar Grover, L.L.C. were advised by the trustee in this matter that all telephone time previously

-2-

represented to be activated/issued by JD Services, Inc. was reportedly being terminated.

6.    Based on the representation contained in such aforesaid memorandum dated September 21, 2000, Dawn to Dusk has not received any benefit for the $40,051.25 wire sent to JD Services, Inc. on September 6, 2000 nor has Dawn to Dusk received any benefit for, at the very least, $36,046.25 of the wire that was sent to JD Services, Inc. on September 1, 2000.

7.    That such Dawn to Dusk (and Poplar Grove, L.L.C. acting on behalf of Dawn to Dusk in the payment of monies to such JD Services, Inc.) has substantially enhanced the bankruptcy estate, after the commencement of the bankruptcy proceeding on August 24, 2000, in the amount of, at the very least, $76,097.50.

WHEREFORE, Dawn to Dusk and Poplar Grove, L.L.C. herewith respectfully move this Court that such Dawn to Dusk be paid, as an administrative expense under 11 U.S.C. §503(b), the amount of $76,097.50.

DATED: Jan 19, 2001.

                    LUNDBERG & ASSOCIATES

                    By _____
                    Kent W. Plott
                    Attorneys for Creditor

## CERTIFICATE OF SERVICE

I hereby certify that, on _____1/19/00_____ , I caused a copy

of the APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES ARISING

AFTER COMMENCEMENT OF THE CASE PURSUANT TO 11 U.S.C. §503(b)   to

be mailed to the following:

>Joel T. Marker
>William Thomas Thurman
>McKay, Burton & Thurman
>#10 East South Temple Street, #600
>Salt Lake City, UT  84133
>        Attorneys for Debtor
>
>R. Kimball Mosier
>Parsons, Davies, Kinghorn & Peters
>185 South State Street, Suite 700
>Salt Lake City, UT  84111
>        Chapter 7 Trustee
>
>Kenneth L. Cannon, II
>LeBoeuf, Lamb, Greene & McRae
>1000 Kearns Building
>136 South Main Street
>Salt Lake City, UT  84101
>        Attorney for Chapter 7 Trustee
>
>U.S. Trustee
>9 Exchange Place
>Boston Building, Suite 100
>Salt Lake City, UT  84111





## *Activation*

**From: Dawn to Dusk**

*JD Services 1844 S. 3850 W.*
*Salt Lake City UT 84104*
*Fax: 801-972-4487   Phone:*
*801-972-4090*

*Acct. # 954364*

| PO Date | Place by | Date Expected | PO Number | Wire Confirmation |
|---|---|---|---|---|
| 8/31/00 | dmj | 8/31/00 | 0067 | |

**Activation#**   70

| Stock# | Qty | Begining Sequence# | Ending Sequence# | Price | Retail Total | Wholesale Total |
|---|---|---|---|---|---|---|
| 4832 | 500 | 45501 | 46000 | $5.00 | $2,500.00 | $1,275.00 |
| 4832 | 200 | 49376 | 49575 | $5.00 | $1,000.00 | $510.00 |
| 4832 | 500 | 57001 | 57500 | $5.00 | $2,500.00 | $1,275.00 |
| 4833 | 175 | 52976 | 53150 | $10.00 | $1,750.00 | $892.50 |
| 4833 | 200 | 48801 | 49000 | $10.00 | $2,000.00 | $1,020.00 |
| 4833 | 1500 | 45501 | 47000 | $10.00 | $15,000.00 | $7,650.00 |
| 4834 | 350 | 18251 | 18600 | $20.00 | $7,000.00 | $3,570.00 |
| 4834 | 50 | 13401 | 13450 | $20.00 | $1,000.00 | $510.00 |
| 4834 | 75 | 15751 | 15825 | $20.00 | $1,500.00 | $765.00 |
| 4835 | 100 | 19501 | 19600 | $5.00 | $500.00 | $265.00 |
| 4835 | 50 | 9401 | 9450 | $5.00 | $250.00 | $132.50 |
| 4835 | 400 | 81301 | 81700 | $5.00 | $2,000.00 | $1,060.00 |
| 4836 | 200 | 112801 | 113000 | $10.00 | $2,000.00 | $1,060.00 |
| 4836 | 175 | 14851 | 15025 | $10.00 | $1,750.00 | $927.50 |
| 4836 | 450 | 10701 | 11150 | $10.00 | $4,500.00 | $2,385.00 |
| 4837 | 25 | 33876 | 33900 | $20.00 | $500.00 | $265.00 |
| 4837 | 175 | 6626 | 6800 | $20.00 | $3,500.00 | $1,855.00 |
| 4837 | 100 | 4201 | 4300 | $20.00 | $2,000.00 | $1,060.00 |
| 4838 | 275 | 7376 | 7650 | $5.00 | $1,375.00 | $701.25 |
| 4838 | 100 | 4401 | 4500 | $5.00 | $500.00 | $255.00 |
| 4839 | 75 | 12501 | 12575 | $10.00 | $750.00 | $382.50 |
| 4839 | 200 | 7101 | 7300 | $10.00 | $2,000.00 | $1,020.00 |
| 4840 | 25 | 1676 | 1700 | $20.00 | $500.00 | $255.00 |

Summary for 'Activation#' = 70 (23 detail records)

|  |  |  |  |  | $56,375.00 | $29,091.25 |
|---|---|---|---|---|---|---|

**Grand Total Due:**   $29,091.25

*Thursday, November 16, 2000*

# *Activation*

**From: Dawn to Dusk**

*JD Services 1844 S. 3850 W.*
*Salt Lake City UT 84104*
*Fax: 801-972-4487     Phone:*
*801-972-4090*

*Acct. # 954364*

| PO Date | Place by | Date Expected | PO Number | | Wire Confirmation |
|---|---|---|---|---|---|
| 8/31/00 | dmj | 8/31/00 | 0068 | | |

**Activation#     71**

| Stock# | Qty | Begining Sequence# | Ending Sequence# | Price | Retail Total | Wholesale Total |
|---|---|---|---|---|---|---|
| 4832 | 1000 | 58501 | 59500 | $5.00 | $5,000.00 | $2,550.00 |
| 4835 | 500 | 14751 | 15250 | $5.00 | $2,500.00 | $1,325.00 |
| 4836 | 600 | 20501 | 21100 | $10.00 | $6,000.00 | $3,180.00 |
| 4836 | 100 | 111901 | 112000 | $10.00 | $1,000.00 | $530.00 |
| 4837 | 100 | 8801 | 8900 | $20.00 | $2,000.00 | $1,060.00 |
| 4837 | 25 | 36076 | 36100 | $20.00 | $500.00 | $265.00 |
| 60114 | 200 | 4501 | 4700 | $10.00 | $2,000.00 | $1,020.00 |
| 60115 | 100 | 2001 | 2100 | $20.00 | $2,000.00 | $1,020.00 |

Summary for 'Activation#' = 71 (8 detail records)

|  |  |
|---|---|
| $21,000.00 | $10,950.00 |

**Grand Total Due:     $10,950.00**

*Thursday, November 16, 2000*

*Page 1 o*

Exhibit B



## Activations

**From:**
**DAWN TO DUSK**

JD Services 1844 S. 3850 W
Salt Lake City Utah 84104
Fax 801-972-4487 / phone: 801-942-4090
Activation E-Mail:
Activations@JDSERVICES.net

Fax Number: 540-662-8597

Acct. # 954364

Card Name: TALK SENSE GOLD

| P.O. Number | P.O. Date | Date Expected | Order Placed By | | Discount % |
|---|---|---|---|---|---|
| 69 ~ A | 8/31/00 | 8312000 | DMJ | | 49% |

| Qty. | Lot Number | Beginning Seq. # | Ending Seq. # | Card Amount | Total |
|---|---|---|---|---|---|
| 600 | 4832 | 32501 | 33100 | 5.00 | $ 3,000.00 |
| 1000 | 5133 4832 | 46001 | 47000 | 6.00 | $ 6,000.00 |
| 350 | 4833 | 38101 | 38450 | 10.00 | $ 3,500.00 |
| 300 | 4833 | 49001 | 49300 | 10.00 | $ 3,000.00 |
| 25 | 5134 4833 | 53151 | 53175 | 10.00 | $ 250.00 |
| 50 | 4834 | 13451 | 13500 | 20.00 | $ 1,000.00 |
| 50 | 5135 4834 | 14401 | 14450 | 20.00 | $ 1,000.00 |
| 25 | 4839 | 12576 | 12600 | 10.00 | $ 250.00 |
| 50 | 5140 4839 | 5201 | 5250 | 10.00 | $ 500.00 |
| 1500 | 5133 4832 | 59501 | 61000 | 5.00 | $ 7,500.00 |
| 1000 | 5134 4833 | 59501 | 60500 | 10.00 | $ 10,000.00 |
| 50 | 5135 4834 | 18601 | 18650 | 20.00 | $ 1,000.00 |
| 150 | 5134 4838 | 4251 | 4400 | 5.00 | $ 750.00 |
| 300 | 5140 4839 | 7301 | 7600 | 10.00 | $ 3,000.00 |
| 100 | 5139 4838 | 4501 | 4600 | 5.00 | $ 500.00 |

| | | | | Sub-Total $ | 40,250.00 |
| | | | | (-) Discount % | 49.00% |
| | | | | Total | 20,527.50 |

**JDS Use Only**

| Date Received | | Taken By | |
|---|---|---|---|
| Received By | VIA-email  TB | Invoiced By | Abad |
| Act. By: | CARL | | |

XMaidShare(Activation)

INV.A83594

## Activations

**From:**
**DAWN TO DUSK**

RECEIVED
SEP 0 7 2000

JD Services 1844 S. 3850 W

1-09-2001 8:27PM    FROM THOMAS A. SCHULTZ JR 540 722 2803

Activations

Exhibit B

Dawn To Dusk

Salt Lake City Utah 84104
Fax 801-972-4487 / phone: 801-942-4090
Activation E-Mail:
Activations@JDSERVICES.net

| Fax Number: | 540-662-8597 |
| Acct # | 954364 |
| Card Name: | TALK SENSE GOLD |

| P.O. Number | P.O. Date | Date Expected | Order Placed By | | Discount % |
|---|---|---|---|---|---|
| 69-B | 8/31/00 | 8/31/00 | DMJ | | 47% |

| Qty. | Lot Number | Beginning Seq. # | Ending Seq. # | Card Amount | Total |
|---|---|---|---|---|---|
| 25 | 4835 | 9451 | 9475 | $ 5.00 | $ 125.00 |
| 200 | 4835 | 25001 | 25200 | $ 5.00 | $ 1,000.00 |
| 200 | 5136  4835 | 81701 | 61900 | $ 5.00 | $ 1,000.00 |
| 100 | 4836 | 21101 | 21200 | $ 10.00 | $ 1,000.00 |
| 100 | 4836 | 113001 | 113100 | $ 10.00 | $ 1,000.00 |
| 75 | 4836 | 15026 | 15100 | $ 10.00 | $ 750.00 |
| 200 | 5137  4836 | 24801 | 25000 | $ 10.00 | $ 2,000.00 |
| 50 | 4837 | 8901 | 8950 | $ 20.00 | $ 1,000.00 |
| 200 | 4837 | 26501 | 26700 | $ 20.00 | $ 4,000.00 |
| 50 | 5138  4837 | 6801 | 6850 | $ 20.00 | $ 1,000.00 |
| 600 | 5136  4835 | 19601 | 20200 | $ 5.00 | $ 3,000.00 |
| 500 | 5137  4836 | 11151 | 11650 | $ 10.00 | $ 5,000.00 |
| 300 | 5138  4837 | 4301 | 4600 | $ 20.00 | $ 6,000.00 |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |
| | | | | $ - | $ - |

| Sub Total | $ 26,875.00 |
| (-) Discount | 47.00% |
| Total | $ 14,243.75 |

**JDS Use Only**

| Date Received | | Tabled By: | B |
| Received By: | VIA-Email CB | Invoiced By: | ABC |
| Act. By: | Cara | | |

X IdentIfiers (Activation)

Inv# 83604

RECEIVED
SEP 0 7 2000
By Cara

**Exhibit C**



**JDS** ® J D SERVICES INCORPORATED

TO:        JDS DISTRIBUTORS
FROM:      R. KIMBALL MOSIER, CHAPTER 7 TRUSTEE
SUBJECT:   NOTICE OF TERMINATION OF SERVICES
DATE:      9/21/00
CC:

Please be advised that I have been appointed as the bankruptcy trustee for the Chapter 7 case of J D Services, Inc. A copy of my appointment is attached hereto. I am writing to inform you that effective 5:30 p.m. EST today, September 21, 2000, JDS' Chapter 11 bankruptcy case was converted to a bankruptcy case under Chapter 7. Service on all JDS cards has been terminated.

JDS has been working nonstop since its Chapter 11 filing to ensure the ongoing success of the company and the protection of all of its distributors. Unfortunately, due to a severe drop in cash flow, coupled with a continued steady influx of minutes hitting its switches from cards already existing in the marketplace, JDS has been unable to satisfy all of its post-petition obligations with its creditors. JDS has been working to line up outside financing in the form of an equity investment or acquisition but has been unsuccessful in securing this financing.

**AS A PHONE CARD DISTRIBUTOR, IT IS YOUR RESPONSIBILITY TO REMOVE ALL JDS CARDS FROM YOUR RETAIL ACCOUNTS IMMEDIATELY.**

I will be sending you additional information in the immediate future. I deeply regret that the current situation is upon us and that JDS will no longer be able to serve you.

1890 SOUTH 3850 WEST SALT LAKE CITY, UTAH 84104 (801) 972-4090 FAX (801) 972-4487