R. Kimball Mosier (2334)
PARSONS, DAVIES, KINGHORN & PETERS
185 South State, # 700
Salt Lake City, Utah  84111
Telephone:  (801) 363-4300

Kenneth L. Cannon II (3705)
LeBOEUF, LAMB, GREENE & MacRAE, LLP
1000 Kearns Building
136 South Main Street
Salt Lake City, Utah  84101

Attorneys for R. Kimball Mosier, Chapter 7 Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 00C-29460 |
| | ) | |
| J D SERVICES, INC., | ) | Chapter 7 |
| | ) | |
| Debtor. | ) | Hon. Glen E. Clark |
| | ) | |
| | ) | |

**TRUSTEE'S RESPONSE TO APPLICATION OF DAWN TO DUSK AND POPLAR
GROVE, LLC, FOR PAYMENT OF ADMINISTRATIVE EXPENSES ARISING AFTER
COMMENCEMENT OF THE CASE PURSUANT TO 11 U.S.C. § 503(B)**

R. Kimball Mosier, Chapter 7 trustee (the "Trustee") hereby responds to the Application

of Dawn to Dusk, a trust organization, and Poplar Grove, L.L.C. (together "Dawn to Dusk")

for the allowance and payment of administrative expenses pursuant to 11 U.S.C. § 503(b) in the

amount of $76,097.50 as follows.

1.      J D Services , Inc. ("JDS" or the "Debtor") commenced this case under

chapter 11 of the Bankruptcy Code by filing a voluntary petition on August 24, 2000.  The case

was converted to chapter 7 by Order dated September 21, 2000.  The Trustee was appointed by

the United States Trustee on September 21, 2000.  His interim appointment became permanent

212

on October 19, 2000. The Debtor's active operations were terminated by the Trustee upon his

appointment.

2.      From August 24, 2000, when the Chapter 11 case was filed, until September 21,

2000, the Debtor operated its business and incurred expenses, many of which were not fully

paid by the Debtor. The Trustee currently believes that outstanding, unpaid Chapter 11

administrative expenses could be in excess of $7,000,000. Amounts currently held by the

Trustee are a fraction of this total and may all be subject to liens of secured creditors. The

Trustee is currently investigating possible approaches, including negotiated settlements with

secured creditors, to free up funds for distribution to creditors, and believes that some

distribution will be made at least to holders of Chapter 11 administrative expense claims, but it

is not clear at this time what percentage distribution that might be. Moreover, allowed Chapter

11 administrative expense claims are subordinate under 11 U.S.C. § 727(b) to allowed Chapter

7 administrative expense claims.

3.      It appears that Dawn to Dusk's payments to the Debtor for services were made

during the Chapter 11 period of the case and that any claim arising in favor of Dawn to Dusk

would, therefore, give rise to an administrative claim in the Chapter 11 period of the case.

4.      Until the Trustee is able, through settlement or otherwise, to have sufficient

unencumbered funds to make some distribution to Chapter 11 claimants, the Trustee is reluctant

to incur the expenses of reviewing Chapter 11 administrative claims asserted by Dawn to Dusk

and other parties to ensure that the proper amount is being asserted. The Trustee does not

dispute that Dawn to Dusk may be entitled to a Chapter 11 administrative expense, but would

prefer to postpone careful investigation and review thereof until a time when the Trustee has

determined that funds will be available for distribution to holders of Chapter 11 administrative claims.

WHEREFORE, the Trustee respectfully requests that the Court deny or postpone consideration of allowance of a Chapter 11 administrative expense claim for Dawn to Dusk or payment thereof pending a determination by the Trustee that there will be funds available for distribution to holders of such claims.

DATED this 16th day of April, 2001.

LeBOEUF, LAMB, GREENE & MacRAE, L.L.P.

By: _____
      Kenneth L. Cannon II (3705)
      1000 Kearns Building
      136 South Main Street
      Salt Lake City, Utah  84101
      Telephone:  (801) 320-6700

      R. Kimball Mosier (2334)
      PARSONS, DAVIES, KINGHORN & PETERS
      185 South State, # 700
      Salt Lake City, Utah  84101
      Telephone:  (801) 363-4300

      Attorneys for R. Kimball Mosier,
      Chapter 7 Trustee

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Response was served this $\underline{16^{th}}$ day of April, 2001 via

first-class mail, postage prepaid, on the parties listed on the attached pages.

J D Services, Inc.
1890 South 3850 West
Salt Lake City, UT  84104

William Thomas Thurman
Joel T. Marker
McKay, Burton & Thurman
10 E. South Temple St., #600
Salt Lake City, UT  84133

Laurie Crandall
Peter J. Kuhn
United States Trustee
100 Boston Building
#9 Exchange Place
Salt Lake City, UT  84111

Utah State Tax Commission
Attn Legal Processes Unit
210 North 1950 West
Salt Lake City, UT  84134

Stephen W. Lewis
Assistant Attorney General
160 East 300 South
PO Box 140874
Salt Lake City, UT  84114-0874

District Counsel
Internal Revenue Service
150 Social Hall Ave. #313A
Salt Lake City, UT  84111

District Director, IRS
Attn: Special Procedures
50 South 200 East, Mail Stop 5021
Salt Lake City, UT  84111

Robert P. Simons
Mäny Emamzadeh
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Danny C. Kelly
Paul W. Werner
Stoel Rives LLP
201 South Main St., #1100
Salt Lake City, UT  84111

Steve Christensen
Finova Loan Administrators
2650 South Decker Lake Lane
2nd Floor
Salt Lake City, UT  84119

Julie A. Bryan
Cohne, Rappaport & Segal
525 East 100 South, 5th Fl.
Salt Lake City, UT  84102

Scott Tankersley
Locke Lidell & Sapp
2200 Ross, Suite 2200
Dallas, TX  75201

Blake D. Miller
Ballard Spahr Andrews & Ingersoll
201 South Main St, #1200
Salt Lake City, UT  84111

Ira L. Herman
Parker Duryee Rosoff & Haft
529 Fifth Avenue
New York, NY  10017-4608

Paul Bennett Bran
Edward G. Modell
Dickstein Shapiro Morin & Oshinsky
2101 L Street NW
Washington, DC  20037-1526

Stephen B. Elggren
Elggren & Van Dyke
2469 E. Fort Union Blvd. #202
Salt Lake City, UT  84121

Steve Lippman
Kipnis Tescher Lippman & Valinsky
100 NE Third Ave., Suite 610
Fort Lauderdale, FL  33301

Vernon L. Hopkinson
Cohne, Rappaport & Segal
525 East First South, Fifth Floor
Salt Lake City, UT  84102

W. Jeffery Fillmore
R. David Grant
Parsons, Behle & Latimer
201 South Main, #1800
Salt Lake City, UT  84111

Douglas M. Monson
Ray, Quinney & Nebeker
79 South Main Street
Salt Lake City, UT  84111

Jeffrey L. Shields
Zachary T. Shields
Callister, Nebeker & McCullough
10 East South Temple, 9th Fl.
Salt Lake City, UT  84133

Duane H. Gillman
McDowell & Gillman, P.C.
Twelfth Floor
50 West Broadway
Salt Lake City, UT  84101

Communication TeleSystems Intrnl.
Attn: Carl W. Sonne, Esq.
9999 Willow Creek Road
San Diego, CA  92131

Aerotel USA, Inc.
55 West 47th Street, Suite 820
New York, NY  10026

Lawrence P. Eagel
Bragar, Wexler, Eagel
900 Third Avenue
New York, NY  10022

Global Crossing
Attn: Janice Cleary
20 Oak Hollow, Suite 300
Southfield, MI  48034

Brent V. Manning/Sean A. Monson
Manning, Curtis, Bradshaw & Bednar
Newhouse Bldg., Suite 300
10 Exchange Place
Salt Lake City, UT  84111

Bellsouth Long Distance
28 Perimeter Center East
Treasury
Atlanta, GA  30346

Michael F. Skolnick
Kipp & Christian
10 Exchange Place, 4th Fl.
Salt Lake City, UT  84111

SBC Public Communications
c/o John Mahoney
225 W. Randolph St., Fl. 15C
Chicago, IL  60606

APCC Services, Inc.
Vince Sandusky/Ruth Jaeger
10302 Eaton Place, Suite 340
Fairfax, VA 22030

Verizon Communications, Inc.
Darryl S. Laddin
Arnall Golden & Gregory LLP
2800 One Atlantic Center
1201 W. Peachtree Street
Atlanta, GA 30309-3450

Bellsouth Public Communication
75 Bagby Drive
Birmingham, AL 35209

LinkNet, Inc.
c/o James Kearns
155 South 300 West, Suite 206
Salt Lake City, UT 84101

David E. Ross
4021 South 700 East, Suite 650
Salt Lake City, UT 84107

MCI Worldcom
Jennifer Carroll
6929 N Lakewood MD 5.2-510
Lakewood
Tulsa, OK 74117

Star Telecommunications
740 State Street, Suite 202
Santa Barbara, CA 93101-3330

Destia Communications, Inc.
PO Box 190433
Brooklyn, NY 11219

Marco Ugalde
Homero 1105
Polanco
Mexico City, MEXICO

Nextel Communications
2001 Edmund Halley Drive
Reston, VA 20191-3436

TPC
10513 E Colonial Drive
Orlando, FL 32817

Southwestern Bell
John Moses
1010 N Street St. Mary's Room 904
San Antonio, TX 78215

Paul Grant
US West
1801 California, Room 560
Denver, CO 80202

PICS Telecom Corp.
1920 Lyell Ave.
Rochester, NY 14606

STS Communication Inc.
516 Houston Street, Suite 800
Fort Worth, TX 76102

Hello Card Corp.
Gary Fein
2 Bennett Avenue, 3rd Floor
New York, NY 10033

Nortel Networks, Inc.
PO Box 502765
St. Louis, MO 63150-2765

NACT
191 West 5200 North
Provo, UT 84604

Bell Atlantic
13100 Columbia Pike
POD D37
Silver Spring, MD 20904

Ameritech Payphone Services
John Mahoney
225 West Randolph, Floor 15
Chicago, IL 60606

ITXC Corporation
600 College Road East, Suite 100
Princeton, NJ 08540

Tobey M. Daluz, Esq.
Reed, Smith, Shaw & McClay LLP
2500 One Liberty Place
Philadelphia, PA 19103

Missouri Department of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO 65105-0475

Finova Loan Administration, Inc.
c/o Hilary Bonial
Brice, Vanderlinden & Wernick, PC
P.O. Box 829009
Dallas, TX 75382-9009

R. Kimball Mosier
Parsons, Davies, Kinghorn & Peters
185 South State Street, #700
Salt Lake City, UT 84111

Gerald and Debbie Ricks
4896 West Hayloft Cove
West Valley City, UT 84120

Gary E. Jubber and Douglas J. Payne
Fabian & Clendenin
215 South State Street
P.O. Box 510210
Salt Lake City, UT 84151

Ralph C. Petty
Weiss Berrett & Petty
Key Bank Tower, Suite 530
50 South Main Street
Salt Lake City, UT 84144

Craig G. Adamson
Craig J. Wangsgard
Dart Adamson & Donovan
370 East South Temple, Suite 400
Salt Lake City, UT 84111

Michael N. Zundel
Adam S. Affleck
Prince, Yeates & Geldzahler
175 East 400 South, Suite 900
Salt Lake City, UT 84111