R. KIMBALL MOSIER (2334)
**PARSONS KINGHORN HARRIS**
A Professional Corporation
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: (801) 363-4300
Facsimile: (801) 363-4378
E-mail: trustee@pkhlawyers.com

Attorneys for R. Kimball Mosier,
Chapter 7 Trustee



## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re<br><br>JD SERVICES, INC. dba American Freedom Network, dba JDS dba AFN,<br><br>Debtor. | Bankruptcy No. 00-29460 GEC<br>[Chapter 7] |

### NOTICE OF PAYMENT OF UNCLAIMED FUNDS INTO THE UNITED STATES BANKRUPTCY COURT REGISTRY

The duly appointed and acting trustee in this matter, pursuant to Rule 3011, Rules of Bankruptcy Procedure, hereby gives notice of funds paid into the United States Bankruptcy Court Registry and represents to the Court as follows:

1.  On December 18, 2007, the Trustee made his final distribution to creditors.

{00040428.DOC /}

2.	Attached hereto as Exhibit A, is a list of checks that the Trustee (a) stopped payment on because the checks had not been cashed and more than ninety days have passed since the checks were issued or (b) voided the checks because the checks were returned to the Trustee by the U.S. Postal Service with no forwarding address.

3.	The unclaimed funds are on deposit at JPMorgan Chase Bank with account number 312842316466.

4.	A check in the amount of One Hundred Forty Thousand Sixty Six Dollars ($140,066.00) representing said unclaimed funds that do exceed twenty-five dollars, has been made payable to the U.S. Bankruptcy Court and is attached hereto.

DATED this 7th day of May, 2008.

PARSONS KINGHORN HARRIS
*A Professional Corporation*

R. KIMBALL MOSIER
Attorneys for Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on _May 7, 2008_, I caused to be served a true and correct copy of the foregoing Notice of Payment of Unclaimed Funds into The United States Bankruptcy Court Registry, as follows:

**By U.S. Mail, first-class, postage prepaid to the following:**

Peter J. Kuhn
Office of the United States Trustee
Ken Garff Building
405 South Main, Suite 300
Salt Lake City, UT 84111

3

Exhibit A
Notice of Payment of Unclaimed Funds into the United States Bankruptcy Court Registry
JD Services, Inc., Bankruptcy No. 00-29460

| Payee/Creditor | Address | City | State | Zip | Check No. | Amount |
|---|---|---|---|---|---|---|
| Ahmet Toporan | 1602 West Snow Queen #246 | Salt Lake City | UT | 84104- | 755 | $95.60 |
| Amanda Ortega | 4705 S. 1175 W. | Taylorsville | UT | 84123- | 644 | $101.99 |
| Barbara M Arden | 1138 JEREMY STREET | Salt Lake City | UT | 84104- | 734 | $122.62 |
| Benjamin R Butler | 270 NORTH 200 WEST #5 | Salt Lake City | UT | 84103- | 725 | $133.82 |
| Brandon Davis Alder | 7815 S. Candlestick Ln., Suite 305 | Midvale | UT | 84047 | 659 | $119.83 |
| Brian G. Call | 1207 E CLEAR SPRING LANE | SALT LAKE CITY | UT | 84117- | 606 | $345.54 |
| Candice Humpherys | 6061 RIVERBEND DR. | MURAY | UT | 84123- | 632 | $91.11 |
| Carmen Toppes | 3456 WEST RIDGELAND PARK DRIVE, #1 | WEST VALLEY CITY | UT | 84119- | 706 | $155.70 |
| Carol V. Burgess | 14 EAST VINE #718 | MURRAY | UT | 84107- | 737 | $154.42 |
| Chanhmany Sauny P. | 3405 MOCKINGBIRD WAY | WEST VALLEY CITY | UT | 84119- | 709 | $105.35 |
| Charity Claybaugh | 524 Murray Blvd #75 | Murray | Ut | 84123- | 712 | $107.07 |
| Charles L. Hagar | 11897 S CEDAR RIDGE RD | SANDY | UT | 84092- | 718 | $406.52 |
| Chris Cressall | 1771 WILDFLOWERROAD | SANDY | UT | 84092- | 611 | $558.97 |
| Chris Cordova | 131 W. BAYVIEW DR. | FARMINGTON | UT | 84025- | 689 | $100.41 |
| Christina Hackwell | 806 EAST CHADDS FORD LANE #11 | MIDVALE | UT | 84047- | 595 | $173.33 |
| Com Tech International Corp. | 6001 BROKEN SOUND PARKWY N W. Suite 600 | BOCA RATON | FL | 33487- | 666 | $21,929.41 |
| Coral T Egelund | 774 LAKEVIEW DRIVE | TOOELE | UT | 84074- | 741 | $63.21 |
| Cristian J Cinquini | 414 STONEHEDGE DR #24C | Salt Lake City | UT | 84107- | 660 | $140.67 |
| Cristie L. Graham | 11775 S Redwood Rd | Riverton | UT | 84065- | 610 | $157.55 |
| David Mckenna | 6061 RIVERBEND DRIVE | MURRAY | UT | 84123- | 631 | $95.99 |
| Derek J. Conley | 462 N. 1100 W. | Salt Lake City | UT | 84116- | 624 | $282.75 |
| Diana L. Graham | 11743 So Redwood Rd | Riverton | UT | 84065- | 613 | $106.88 |
| Donna M. Beebe | 6577 SO. PURPLE SAGE DRIVE | WEST JORDAN | UT | 84088- | 731 | $110.14 |
| Dufresne Janet T | 5200 WATAUGA ROAD | FORT WORTH | TX | 76137- | 819 | $1.62 |
| Dufresne Janet T. | 5200 WATAUGA ROAD | FORT WORTH | TX | 76137- | 748 | $21.79 |
| Edward E. Manco | 586 West 1425 N. Apt. C | Layton | UT | 84041- | 619 | $482.55 |
| Emily Kay Larmbee | 3697 S. Havasu Way | West Valley Way | UT | 84120- | 618 | $106.88 |
| Ethelyn John | 2517 WEST ROBIN ROAD | West Valley City | UT | 84119- | 592 | $101.05 |
| Evila V. Briones | 120 South 300 East Apartment 305 | Salt Lake City | UT | 84111- | 782 | $108.07 |
| Fred M. Harris | 5235 SOUTH GLENDON STREET | MURRAY | UT | 84123- | 677 | $115.42 |
| Garth Gillman Jr. | 570 SOUTH 300 EAST | PLEASANT GROVE | UT | 84062- | 694 | $270.05 |
| George B. Smith | 6871 South Lotus Way | West Jordan | UT | 84084 | 687 | $155.27 |

00040435.WPD /

Exhibit A - 1 of 3

| Payee/Creditor | Address | City | State | Zip | Check No. | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| Golden State Plastics | 11817 WICKS STREET | SUN VALLEY | CA | 91352-1906 | 779 | $297.52 |
| Guanio Antonio F. | 11460 BARNWALL STREET | NORWALK | CA | 90650- | 747 | $162.54 |
| Huynh Liem Thanh | 3726 SOUTH 3760 WEST | WEST VALLEY CITY | UT | 84120- | 791 | $150.64 |
| ITXC Corporation | 600 COLLEGE ROAD EAST Suite 1000 | Princeton | NJ | 08540-6687 | 587 | $61,446.83 |
| J. Jade Ferguson | 361 WEST CHENNANH | CLOVIS | CA | 93611- | 673 | $134.76 |
| James C. Bennett | 1475 SANDPIPER WAY, APT 359 | HOLLADAY | UT | 84117- | 784 | $155.27 |
| Jamie Duffy | 8002 SOUTH 1475 EAST | SANDY | UT | 84093- | 720 | $182.09 |
| Jane K Miller | 2553 LAKEPARK CR #2 | West Valley City | UT | 84119- | 628 | $77.25 |
| Jeff Jensen | 4982 TOLIN CIR | West Valley City | UT | 84120- | 698 | $186.76 |
| Jeffery A. Warren | 5942 State Highway 34 S | Quinlan | TX | 75474-3229 | 700 | $186.76 |
| Jerome Mark | 380 W. 200 S. #502 | SALT LAKE CITY | UT | 84101- | 719 | $260.69 |
| Jerry Ricks | 5795 MILSTEAD LN. | KEARN | UT | 84118- | 681 | $73.22 |
| Jerry R. McDonald | 1314 NORTH 2375 WEST | LAYTON | UT | 84041- | 749 | $186.76 |
| Joanne P Villous | 4145 LAUREL GREEN DR APT 7-C | West Valley City | UT | 84120- | 651 | $87.87 |
| Karen M. Skoog | 239 East 3560 South | Salt Lake City | UT | 84115- | 635 | $140.72 |
| Kathryn A. Roskos | 827 WEST 1110 SOUTH | TOOELE | UT | 84074- | 750 | $154.42 |
| Kelly Patricia F. | 2812 SOUTH 2955 WEST | WEST VALLEY CITY | UT | 84119- | 708 | $87.51 |
| Ken Scott | 8091 TELFORD WAY | SANDY | UT | 84093- | 732 | $134.65 |
| Kevin Owens | 763 EAST 930 NORTH | PLEASANT GROVE | UT | 84062- | 609 | $482.74 |
| Kim Mones | 3867 Tangiers Cir. | West Valley City | UT | 84120- | 646 | $139.41 |
| Lelia I. Ortega | 1694 W. 8300 So. #1 | SLC | UT | 84088- | 696 | $61.89 |
| Lisa K. Olson | 75 EAST PINEHURST | TOOELE | UT | 84074- | 713 | $133.82 |
| Lmki, Inc. Formerly Landmark | 3355 MICHELSON DRIVE STE 300 | IRVINE | CA | 92612- | 761 | $198.82 |
| Lula Mae Stephens | 3015 Shoreline Drive | West Valley City | UT | 84120- | 641 | $254.07 |
| Marcelo Poot | 5307 W ASPEN VIEW DR | West Jordan | UT | 84088- | 674 | $127.92 |
| Margarita Mueses | 1223 EAST 300 SOUTH | SALT LAKE CITY | UT | 84102- | 615 | $158.77 |
| Margel Roberts | 7346 GARDENIA AVE. | MAGNA | UT | 84044- | 678 | $79.01 |
| Maria D. Tomala | 1074 Watercress Lane #4-0 | Midvale | UT | 84047-5044 | 603 | $104.87 |
| Marilyn M. Hinkins | 2960 WEST 4660 SOUTH #11 | SALT LAKE CITY | UT | 84119- | 607 | $186.54 |
| Mark Albert D | 598 NORTH DALTON AVENUE | PLEASANT GROVE | UT | 84062- | 787 | $482.55 |
| Mark Mcdonald | 3233 SOUTH PEARCE STREET | WEST VALLEY CITY | UT | 84119- | 710 | $103.18 |
| Mercedes Gomez | 2960 South Whisper Street | West Valley City | UT | 84120- | 596 | $91.96 |
| Meridian Access Group | 1550 SPRING ROAD Suite 220 | OAK BROOK | IL | 60523- | 776 | $3,560.55 |
| Michael Ricks | 1680 NORTH MAIN | WILLARD | UT | 84340- | 758 | $226.44 |

00040435.WPD /    Exhibit A - 2 of 3

| Payee/Creditor | Address | City | State | Zip | Check No. | Amount |
|---|---|---|---|---|---|---|
| Michael Daniels | P.O. BOX 186 | CLEARFIELD | UT | 84089- | 627 | $153.33 |
| Michael R Fagen | 23911 Silverleaf Way | Murrieta | CA | 92562- | 714 | $482.55 |
| Mignon Ellis Bennett | 1475 SANDPIPER WAY, APT 309 | HOLLADAY | UT | 84117- | 785 | $118.12 |
| Munira Toporan | 1602 West Snow Queen #246 | Salt Lake City | UT | 84104- | 756 | $78.43 |
| Nancy Slater | 91 EAST 750 NO. | BOUNTIFUL | UT | 84010- | 691 | $334.65 |
| Neda Gholizadeh Alder | 7815 S Candlestick Lane #305 | Midvale | UT | 84047- | 697 | $91.11 |
| Pamela Lynn Warren | 4888 W HAYLOFT COVE | West Valley City | UT | 84120- | 699 | $269.98 |
| Pan Asia Telecom Inc A208 | c/o Law Offices of Rayman & Seton 6320 Canoga Avenue, 6th Floor | Woodland Hills | CA | 91367- | 774 | $7,751.53 |
| Paul Clements | 1112 E. Duffer Circle | North Salt Lake | UT | 84054- | 642 | $223.54 |
| Pliny J. Villaalta | 4141 West 5820 South | Salt Lake City | UT | 84118- | 640 | $110.90 |
| Poplar Grove LLC | 206 SOUTH BADDOCK ST, S#5 | WINCHESTER | VA | 22601- | 786 | $29,855.63 |
| Richard R. Van Sickle | 2307 S 600 E | Salt Lake City | UT | 84106- | 688 | $85.65 |
| Robert J. Stadel | 3299 E CONDOR COURT | EAGLE MTN. | UT | 84603- | 629 | $381.11 |
| Robert Bryce Larabee | 7903 Brittain Drive | Magna | UT | 84044-3226 | 622 | $156.77 |
| Roger C. Sibley | 697 WEST 1300 SOUTH | WOODS CROSS | UT | 84087- | 754 | $186.76 |
| Ron Rose | 507 WEST EDWARD ST. | SANTA MARIA | CA | 93458- | 679 | $243.91 |
| Rosa Macias | 4570 SOUTH 2930 WEST, #102 | WEST VALLEY CITY | UT | 84119- | 707 | $173.37 |
| Sally Salazar | 350 E. MANSFIELD AVE. APT. 7 | SALT LAKE CITY | UT | 84115- | 675 | $77.84 |
| Sean Young | 5452 RIDGECREST DR | BENNION | UT | 84118- | 661 | $89.40 |
| Sharree Jensen | 7528 SOUTH GRANT STREET, #5 | MIDVALE | UT | 84047- | 733 | $115.30 |
| Stephanie Crowfield | 4587 WEST 5810 SOUTH | KEARNS | UT | 84118- | 766 | $70.61 |
| Steva Lynn Lind | 1393 WEST GLENROSE DR. | SALT LAKE CITY | UT | 84104- | 676 | $89.58 |
| Steve J. Parkinson | 989 SO. MAIN | HEBER | UT | 84032- | 588 | $124.98 |
| Twyla K. Hamilton | 3891 South 700 West, Apt. 22 | West Jordan | UT | 84084- | 778 | $90.54 |
| Vanessa Keen | 2109 East Park Row | Arlington | TX | 76010- | 764 | $82.57 |
| Vanessa Keen | 2109 East Park Row | Arlington | TX | 76010- | 818 | $6.13 |
| Virginia E Hankammer | 6542 S 5055 W | West Jordan | UT | 84084- | 616 | $107.28 |
| William D. Kilpack III | 1133 EAST 11780 SOUTH | SANDY | UT | 84094- | 743 | $297.67 |
| William D. Norman | 6040 SO. MISTY WAY | KEARNS | UT | 84118- | 684 | $122.63 |
| William C. Hobby | 591 HILO STREET | SANDY | UT | 84070-0904 | 760 | $297.67 |
| Wynn Ricks | 368 South Mall Drive Apt. D-105 | St. George | UT | 84790- | 717 | $184.97 |
| Yanet Morales Rodriguez | 5530 WESTSIDE DR. | KEARNS | UT | 84118- | 648 | $91.11 |
| | | | | | Total | $140,066.00 |

00040435.WPD /                                                                                                                                             Exhibit A - 3 of 3