**The below described is DENIED.**

**Dated: August 20, 2010**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

| In Re:       | Case 00-29460 GEC |
|--------------|-------------------|
| J D SERVICES | Chapter 7         |
| Debtor(s)    |                   |

### ORDER TO PAY UNCLAIMED FUNDS

It appearing that the amount payable to <u>EPLO</u> in the amount of <u>482.74</u> was not charged against the bank account of the debtors estate within the 90 day limit pursuant to 11 U.S.C. § 347 and an unclaimed money report was filed to close the account and transfer the monies into the registry of the clerk, United States Bankruptcy Court, and

It further appearing that <u>Eplo</u> now claims the above monies in the petition attached hereto,

IT IS ORDERED the clerk of the Bankruptcy Court pay the sum of $ <u>482.74</u> , to

<u>Eplo</u>
<u>1939 S 1100 E</u>
<u>SALT LAKE CITY, UTAH 84106</u>

Dated 9/017/09

United States Bankruptcy Judge

_____End of Document_____