UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

In re:
JD Services, Inc. dba American Freedom Network
1890 South 3850 West
Salt Lake City, UT 84104
SSN/TIN: 87-0501906
Debtor(s)

Case No: 00-29460 GEC

Chapter 7

ORDER TO PAY UNCLAIMED FUNDS

It appearing that the check made payable to Poplar Grove LLC, in the amount of $29,855.63 was not charged against the bank account of the debtor's estate within the 90-day limit pursuant to 11 U.S.C.§347 and an unclaimed money report was entered on 5/7/08 to close the account and transfer the monies into the registry of the Clerk, United States Bankruptcy Court, and

It further appearing that Poplar Grove LLC C/o Dilks & Knopik, LLC now claims the above monies in the petition attached hereto,

IT IS ORDERED that the Clerk of the Bankruptcy Court pay the sum of $29,855.63, to:

Poplar Grove LLC
C/o Dilks & Knopik, LLC
PO Box 2728
Issaquah, WA 98027-0125.

Application submitted by:
Dilks & Knopik, LLC
Brian J. Dilks, Managing Member
Attorney-in-fact for Poplar Grove LLC
PO Box 2728
Issaquah, WA 98027-0125
Ph: (425) 836-5728
Fx: (425) 650-9930
Brian.dilks@dilksknopik.com

- end of order -