claimant has not provided the additional information by the Court.

**The below described is UNSIGNED:**

**Dated: July 16, 2014**



tks

UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

| | |
|---|---|
| In re:<br>JD Services, Inc. dba American Freedom Network<br><br>Debtor(s) | Case No: 00-29460 GEC<br><br>Chapter 7 |

**ORDER GRANTING PETITION FOR PAYMENT OF UNCLAIMED FUNDS**

It appearing that the check made payable to Charles L. Hagar, in the amount of $406.52 was not charged against the bank account of the debtor(s)' estate within the ninety-day limit pursuant to 11 U.S.C. §347 and the case trustee filed an unclaimed funds report to close the account and transfer funds into the registry of the Clerk, United States Bankruptcy Court for the District of Utah and

It further appearing that Charles L. Hagar C/o Dilks & Knopik, LLC (Claimant) now claims entitlement to unclaimed funds set for the Claimant's Petition for Payment of Unclaimed Funds,

IT IS ORDERED, that the Clerk of the Bankruptcy Court pay the sum of $406.52,
to: Charles L. Hagar
C/o Dilks & Knopik, LLC
35308 SE Center St
Snoqualmie, WA 98065.

-------------------------------------- END OF ORDER --------------------------------------

Entered On Docket: 07/16/2014

United States Bankruptcy Court
District of Utah

In re:   Case No. 00-29460-WTT
J D Services, Inc   Chapter 7
  Debtor

## CERTIFICATE OF NOTICE

District/off: 1088-2          User: lph                    Page 1 of 3                    Date Rcvd: Jul 16, 2014
                              Form ID: pdfor1              Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 18, 2014.
cr            +Dilks & Knopik, LLC,    35308 SE Center St.,    Snoqualmie, WA 98065-9216

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2014                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 16, 2014 at the address(es) listed below:
              Adam S. Affleck    on behalf of Defendant Aaron  Sadler asa@pyglaw.com,
               debbie@princeyeates.com;docket@princeyeates.com
              Adam S. Affleck    on behalf of Defendant Larry  Coffey asa@pyglaw.com,
               debbie@princeyeates.com;docket@princeyeates.com
              Angelina Tsu    on behalf of Defendant    Dominican Communications atsu@rqn.com
              Annette W. Jarvis    on behalf of Defendant    Southwestern Bell ajarvis@rqn.com,
               smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
              Annette W. Jarvis    on behalf of Defendant    Dominican Communications ajarvis@rqn.com,
               smith.ron@dorsey.com;slc.lit@dorsey.com;brown.patricia@dorsey.com
              Blake D. Miller    on behalf of Creditor    ITXC Corp. miller@millerguymon.com,
               millermobile@gmail.com;miller@ecf.inforuptcy.com;miller.blaked@gmail.com
              Bradley G. Nykamp    on behalf of Defendant    Clark & Lawrence, LLP b.nykamp@legalut.com
              Daniel D. Price    on behalf of Creditor    United States Department of Labor
               daniel.price2@usdoj.gov,    emily.goodman@usdoj.gov
              David E. Leta    on behalf of Defendant    Hypercom Corporation dleta@swlaw.com,   wsmart@swlaw.com
              Douglas J. Payne    on behalf of Creditor    Quinby Building, LLC dpayne@fabianlaw.com,
               smcnett@fabianlaw.com
              Douglas M. Monson    on behalf of Defendant    PICS Telecom, Corp. dmonson@rqn.com,
               tpahl@rqn.com;docket@rqn.com
              Gary E. Jubber    on behalf of Defendant    TCG-Department C gjubber@fabianlaw.com,
               mparks@fabianlaw.com;ccarlson@fabianlaw.com
              Gary E. Jubber    on behalf of Defendant    AT&T Communications Inc. gjubber@fabianlaw.com,
               mparks@fabianlaw.com;ccarlson@fabianlaw.com
              George B. Hofmann    on behalf of Plaintiff R. Kimball Mosier gbh@pkhlawyers.com,
               dh@pkhlawyers.com;tm@pkhlawyers.com
              George B. Hofmann    on behalf of Trustee R. Kimball Mosier tr gbh@pkhlawyers.com,
               dh@pkhlawyers.com;tm@pkhlawyers.com
              George B. x2Hofmann     on behalf of Plaintiff R. Kimball Mosier gbh@pkhlawyers.com,
               dh@pkhlawyers.com
              George W. Pratt    on behalf of Defendant    Rockwell Electronic Commerce gpratt@joneswaldo.com
              George W. Pratt    on behalf of Defendant Grant  Thornton gpratt@joneswaldo.com
              J. Thomas Beckett    on behalf of Defendant Scott M. Browning tbeckett@pblutah.com,
               ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
              J. Thomas Beckett    on behalf of Defendant    Oracle Corporation tbeckett@pblutah.com,
               ecf@parsonsbehle.com;brothschild@parsonsbehle.com;kstankevitz@parsonsbehle.com
              Jeffrey L. Shields    on behalf of Defendant Dallas  Ricks jlshields@cnmlaw.com,
               njpotter@cnmlaw.com
              Jeffrey L. Shields    on behalf of Defendant Debra W. Ricks jlshields@cnmlaw.com,
               njpotter@cnmlaw.com
              Jeffrey L. Shields    on behalf of Creditor Debbie  Ricks jlshields@cnmlaw.com,
               njpotter@cnmlaw.com
              Jeffrey L. Shields    on behalf of Defendant Gerald B. Ricks jlshields@cnmlaw.com,
               njpotter@cnmlaw.com

```
District/off: 1088-2          User: lph                  Page 2 of 3                  Date Rcvd: Jul 16, 2014
                              Form ID: pdfor1            Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey L. Shields    on behalf of Creditor Gerald  Ricks jlshields@cnmlaw.com, njpotter@cnmlaw.com
          Jeffrey L. Shields    on behalf of Interested Party Gerald  Ricks jlshields@cnmlaw.com, njpotter@cnmlaw.com
          Jeffrey L. Shields    on behalf of Interested Party Debra  Ricks jlshields@cnmlaw.com, njpotter@cnmlaw.com
          Joel T. Marker    on behalf of Debtor    J D Services, Inc joel@mbt-law.com
          John A. Beckstead    on behalf of Defendant    Deco Technology Group, Inc. jabeckstead@hollandhart.com, pmwatson@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
          John E. Diaz    on behalf of Creditor     Key Bank USA john@jdiazlaw.com
          Kenneth L. Cannon, II    on behalf of Trustee R. Kimball Mosier tr kcannon@djplaw.com, khughes@djplaw.com
          Kenneth L. Cannon, II    on behalf of Plaintiff R. Kimball Mosier kcannon@djplaw.com, khughes@djplaw.com
          Kenneth L. Cannon, II    on behalf of Creditor Committee    Official Unsecured Creditors Committee kcannon@djplaw.com, khughes@djplaw.com
          Kent W. Plott    on behalf of Creditor    Dawn to Dusk ecfmaildistgroup@lundbergfirm.com, lundbergbk@gmail.com
          Kim R. Wilson    on behalf of Creditor    Banc of America Commercial Finance Corporation bankruptcy_krw@scmlaw.com
          M. Darin Hammond    on behalf of Creditor    Aerotel Ltd. dhammond@smithknowles.com, astevenson@smithknowles.com
          Marlon L. Bates    on behalf of Creditor Ralph C. Montrone marlon@scalleyreading.net, trina@scalleyreading.net
          Marlon L. Bates    on behalf of Creditor Peggy  Montrone marlon@scalleyreading.net, trina@scalleyreading.net
          Matthew M. Boley    on behalf of Defendant    Bell Atlantic Communications, Inc. mmb@pkhlawyers.com, jh@pkhlawyers.com
          Michael F. Skolnick    on behalf of Creditor    BellSouth Public Communications mfskolnick@kippandchristian.com
          Michael F. Skolnick    on behalf of Defendant    Bellsouth Public Communications, Inc. mfskolnick@kippandchristian.com
          Michael F. Skolnick    on behalf of Creditor    Bellsouth Long Distance, Inc. mfskolnick@kippandchristian.com
          Michael N. Zundel    on behalf of Creditor    MiBec Limited Partnership mnz@princeyeates.com, shelby@princeyeates.com;docket@princeyeates.com;kathleen@princeyeates.com;hdp@princeyeates.com;carolp@princeyeates.com;jbb@princeyeates.com;shauna@princeyeates.com;tec@princeyeates.com
          Michael R. Johnson    on behalf of Defendant James E. McBride, Jr. mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Creditor James  McBride mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Creditor Timothy  Ricks mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Defendant Cheryl A. Ricks mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Creditor Cheryl  Ricks mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Defendant    Destiny Marketing, Inc. mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Defendant Timothy S. Ricks mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Michael R. Johnson    on behalf of Defendant    Ricks Wholesale mjohnson@rqn.com, dburton@rqn.com;docket@rqn.com
          Mona Lyman Burton    on behalf of Debtor    J D Services, Inc mburton@hollandhart.com, ckelly@hollandhart.com;intaketeam@hollandhart.com;slclitdocket@hollandhart.com
          Noel S. Hyde    on behalf of Creditor    AFE Industries, Inc. nhydelaw@qwestoffice.net
          Noel S. Hyde    on behalf of Defendant    Globalnet International, Inc. nhydelaw@qwestoffice.net
          R. Kimball Mosier    on behalf of Counter-Defendant R. Kimball Mosier trustee@pkhlawyers.com, jc@pkhlawyers.com
          R. Kimball Mosier    on behalf of Plaintiff R. Kimball Mosier trustee@pkhlawyers.com, UT05@ecfcbis.com;jc@pkhlawyers.com
          R. Kimball Mosier    on behalf of Plaintiff R. Kimball Moiser trustee@pkhlawyers.com, jc@pkhlawyers.com
          R. Kimball Mosier    on behalf of Accountant F. Wayne Elggren, Tr. trustee@pkhlawyers.com, jc@pkhlawyers.com
          R. Kimball Mosier    on behalf of Trustee R. Kimball Mosier tr trustee@pkhlawyers.com, jc@pkhlawyers.com
          R. Kimball Mosier tr    trustee@pkhlawyers.com, UT05@ecfcbis.com;jc@pkhlawyers.com
          R. Kimball Mosier tr    on behalf of Plaintiff R. Kimball Mosier trustee@pkhlawyers.com, UT05@ecfcbis.com;jc@pkhlawyers.com
          R. L. Knuth    on behalf of Defendant    Process Communication Developers, Inc. rknuth@joneswaldo.com, rpavlisin@joneswaldo.com
          R. Mont McDowell    on behalf of Defendant Robert C. Barber mftnotice@djplaw.com
          R. Mont McDowell    on behalf of Defendant    Interstate Business Products mftnotice@djplaw.com
          R. Steven Chambers    on behalf of Creditor    Zions First National Bank steve@schamberslaw.com
          Ralph C. Petty    on behalf of Creditor    Linknet, Inc. ralphcpetty@gmail.com
          Randy B. Coke    on behalf of Defendant    Americom Technology attorneys@ncvlaw.com

```
District/off: 1088-2          User: lph               Page 3 of 3                Date Rcvd: Jul 16, 2014
                              Form ID: pdfor1         Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Randy B. Coke    on behalf of Defendant Patrick J. Richter attorneys@ncvlaw.com
              Ryan L. Jensen    on behalf of Plaintiff R. Kimball Mosier rjensen@djplaw.com
              Stephen B. Elggren    on behalf of Creditor    PICSPLus, Inc., sbe@evlaw.net
              Steven C. Strong    on behalf of Defendant    Dominican Communications scs@pkhlawyers.com,
               jh@pkhlawyers.com
              Steven J. McCardell    on behalf of Trustee R. Kimball Mosier tr smccardell@djplaw.com,
               khughes@djplaw.com
              Steven T. Waterman    on behalf of Defendant    Dominican Communications swaterman@rqn.com,
               bingham.karen@dorsey.com
              Steven T. Waterman    on behalf of Defendant    APCC Services, Inc. swaterman@rqn.com,
               bingham.karen@dorsey.com
              United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
              Vernon L. Hopkinson    on behalf of Creditor    WorldxChange Communications, Inc. vern@crslaw.com
              Vernon L. Hopkinson    on behalf of Creditor    World Access, Inc. vern@crslaw.com
              Vernon L. Hopkinson    on behalf of Creditor    NACT Telecommunications, Inc. vern@crslaw.com
              W. Jeffery Fillmore    on behalf of Creditor    Bank of America jfillmore@cnmlaw.com
              Weston L. Harris    on behalf of Creditor    APCC Services, Inc. wlh@pkhlawyers.com,
               dh@pkhlawyers.com
              William G. Marsden    on behalf of Defendant    ACC Capital Corporation wgm@princeyeates.com
                                                                                             TOTAL: 81
```